IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE MARVIN JUDAY,                 2:13-cv-01949-MA

      Petitioner,                                      ORDER

v.

MARK NOOTH,

      Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#31) is GRANTED. This proceeding is DISMISSED, without prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this  12  day of November, 2014.

                                                  Malcolm F. Marsh
                                                  United States District Judge

1 - ORDER